IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOHN C. CLOWER, KAY HENDRICKSON CLEVENGER, NANCY HENDRICKSON STALEY, and BILL HENDRICKSON, JR., Individually and on behalf of all other persons similarly situated (THE CLASS) Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., Defendant. | § § § § § § § § § § § § CIVIL ACTION NO. 2:07-CV-510-TJW-CE |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 131), which recommends Wells Fargo's motion to dismiss be denied, has been presented for consideration. There are no objections to the report and recommendation.

The Court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this Court.

SIGNED this 5th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE